UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM EDWARD FLYNN,

        Movant,

                                                              File No. 1:09-CV-451

v.

                                                              HON. ROBERT HOLMES BELL

UNITED STATES OF AMERICA,

        Respondent.
                                                 /

## MEMORANDUM OPINION AND ORDER

On September 25, 2012, this Court entered an order denying Movant's motion pursuant to 28 U.S.C. § 2255, to vacate, set aside, or correct his sentence (Dkt. No. 51) and entered judgment in favor of Respondent (Dkt. No. 52). Pursuant to 28 U.S.C. § 2253(c), the Court must also assess whether to issue a certificate of appealability to Movant. To warrant a grant of a certificate of appealability, Movant "must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). The Sixth Circuit Court of Appeals has disapproved of the issuance of blanket denials of a certificate of appealability. *Murphy v. Ohio*, 263 F.3d 466, 467 (6th Cir. 2001). Rather, the district court must "engage in a reasoned assessment of each claim" to determine whether a certificate is warranted. *Id.* Upon review of each claim, the Court does not believe that reasonable jurists would find its assessment of Movant's claims to be debatable or wrong. Accordingly, a certificate of

appealability will be denied as to each claim.  Accordingly,

      **IT IS HEREBY ORDERED** that a certificate of appealability is **DENIED**.


Dated: <u>October 26, 2012</u>                                  /s/ Robert Holmes Bell
                                                               ROBERT HOLMES BELL
                                                               UNITED STATES DISTRICT JUDGE